IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| TREVOR ROBINS,<br><br>           Plaintiff,<br><br>v.<br><br>US BANK NATIONAL ASSOCIATION; and **NORTHWEST TRUSTEE SERVICES, INC.**<br><br>           Defendants. | Case No.: 3:12-cv-01359-SI<br><br>**TEMPORARY RESTRAINING ORDER WITHOUT NOTICE** |

The Court **FINDS** as follows:

1. Defendant Northwest Trustee Services, Inc. has scheduled a foreclosure sale to sell Plaintiff Trevor Robins home, located at 2641 Southwest Ridge Drive, Portland, OR 97219, on July 30, 2012.

2. Plaintiff Robins will suffer irreparable harm if his home is sold before the Court has had a full and fair opportunity to review whether such a sale is consistent with Oregon law.

3. A hearing was held on Plaintiff Robins's motion for a temporary restraining, Dkt. 3, order on July 27, 2012, at 10:45 a.m. Plaintiff Robins was present. Defendants were not present. As described on the record, Plaintiff Robins unsuccessfully attempted to contact Defendants US Bank National Association and Northwest Trustee Services, Inc. to notify them of his motion for temporary restraining order and the Court's hearing.

Based on these findings and a review of the record, and pursuant to Federal Rule of Civil Procedure 65, it is hereby **ORDERED** as follows:

1. Defendants US Bank National Association and Northwest Trustee Services, Inc., and their officers, employees, and agents, who receive actual notice of this Order, are restrained and enjoined from conducting a foreclosure sale of the property located at 2641 Southwest Ridge Drive, Portland, OR 97219, legally described as Lot 7, Block 12, Indian Hills, in the City of Portland, County of Multnomah and State of Oregon.
2. Plaintiff Trevor Robins shall give security to the Court in the amount of $100.
3. This Order shall expire fourteen days after the date and time this Order is signed.

IT IS SO ORDERED.

Dated this 27th day of July at 11:50 a.m.

_____
Michael H. Simon
United States District Judge